ISIDORE WEINFELD, Appellant, *v.* SAMUEL KAPLAN et al., Respondents, Impleaded with Others.

Submitted April 8, 1940; decided April 16, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 348.)

MAY'S FURS & READY-TO-WEAR, INC., et al., Respondents, *v.* AARON BAUER, as President of Retail Women's Apparel Salespeople's Union, Local 1125, Appellant.

Submitted April 8, 1940; decided April 16, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 331.)